■ WILLIAM J. BABCOCK, JR., Individually and as Executor of LORNA F. BABCOCK, Deceased, Appellant, v H. ROBERT SCHOEN- BERGER, Respondent. [960 NYS2d 680]—Appeal from an order of the Supreme Court, Monroe County (Matthew A. Rosenbaum, J.), entered June 7, 2011. The order, inter alia, denied the mo- tion of plaintiffs for summary judgment.

Now, upon reading and filing the stipulation withdrawing ap- peal signed by the attorneys for the parties on February 14 and 15, 2013,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Scudder, P.J., Centra, Lindley, Sconiers and Martoche, JJ.

■ In the Matter of BRIAN CONWAY, Petitioner, v BRIAN FISCH- ER, Commissioner, New York State Department of Corrections and Community Supervision, Respondent. [961 NYS2d 355]— Proceeding pursuant to CPLR article 78 (transferred to the Ap- pellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Wyoming County [Mark H. Dadd, A.J.], entered September 10, 2012) to review a determination of respondent. The determination found after a tier III hearing that petitioner had violated various inmate rules.

It is hereby ordered that the determination is unanimously confirmed without costs and the amended petition is dismissed. Present—Smith, J.P., Peradotto, Carni, Valentino and Martoche, JJ.